PROB 12C
(6/16)

Report Date: June 16, 2021

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Devon Jerome Peters      Case Number: 0980 1:18CR02057-SAB-1

Address of Offender: Last known:                                Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 12, 2019

Original Offense:        Assault on a Federal Officer, 18 U.S.C. § 111(a)

Original Sentence:       Prison 33 months            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Meghan M McCalla            Date Supervision Commenced: April 26, 2021

Defense Attorney:        Paul E. Shelton             Date Supervision Expires: April 25, 2024

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer.  Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer.  The defendant shall abide by the rules and requirements of the facility. |
| | **Supporting Evidence**:  Mr. Peters is alleged to be in violation of his supervised release conditions by failing to remain at the RRC as directed. |
| | On May 4, 2021, supervised release conditions were reviewed over the telephone with Mr. Peters.  Mr. Peters verbally acknowledged an understanding of his conditions. |
| | Email correspondence with the RRC Director indicated that on June 12, 2021, he made an announcement to all residents that there were two positive COVID-19 cases in the house. After the meeting, Mr. Peters advised he wanted to leave the RRC; he packed his belongings and walked out the front door.  Mr. Peters did not return to the house and did not disclose where he was headed. |
| | As of the writing of this report, Mr. Peters has failed to return to the RRC and his current whereabouts is unknown. |

Prob12C
**Re: Peters, Cody Devon Jerome**
**June 16, 2021**
**Page 2**

|   |   |   |
|---|---|---|
| 2 | | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: Mr. Peters is alleged to be in violation of his supervised release conditions by failing to report a change of address as of June 16, 2021.

On May 4, 2021, supervised release conditions were reviewed over the telephone with Mr. Peters. Mr. Peters verbally acknowledged an understanding of his conditions.

On June 14, 2021, the probation office received notification via email from the director of the RRC, who advised Mr. Peters gathered his belongings and left the facility.

On June 15, 2021, this officer made attempts to contact Mr. Peters at his last reported telephone number. The telephone calls were unanswered; therefore, this officer left voice messages instructing him to contact this officer immediately. As of the submission of this report, the probation office has not received a return telephone call from the offender.

On June 16, 2021, this officer made an attempt to contact Mr. Peters' sister. A voice message was left requesting she and or Mr. Peters return my call. This message has also gone unanswered and Mr. Peters' current whereabout is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 16, 2021

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

Prob12C
**Re: Peters, Cody Devon Jerome**
**June 16, 2021**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____6/17/2021_____
Date