PROB 12C
(6/16)

Report Date: July 22, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Cody Devon Jerome Peters | Case Number: 0980 1:18CR02057-SAB-1 |
| Address of Offender: Last known: | Wapato, Washington, 98951 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 12, 2019

Original Offense:    Assault on a Federal Officer, 18 U.S.C. § 111(a)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 33 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: | April 26, 2021 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: | April 25, 2024 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petitions in future proceedings with the violations previously reported to the Court on 6/16/2021

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**:  Mr. Peters is alleged to have violated his conditions of supervised release by failing to make contact with the probation office upon release from custody on July 15, 2021.<br><br>On May 4, 2021, supervised release conditions were reviewed over the telephone with Mr. Peters.  Mr. Peters verbally acknowledged an understanding of his conditions.<br><br>On June 28, 2021, Mr. Peters appeared before the Honorable Magistrate Judge Mary K. Dimke for a detention hearing.  The Court granted Mr. Peters' release on additional conditions that he must reside with his sister, abide by previously imposed conditions of supervised release, and ordered Mr. Peters to contact the probation office immediately upon his release. |

Prob12C
Re: Peters, Cody Devon Jerome
July 22, 2021
Page 2

On July 15, 2021, Mr. Peters released from the Yakima County Jail after addressing matters in Yakima County District Court and Zillah Municipal Court; both matters predated his term of supervised release. This officer attempted to make telephonic contact with the offender on July 19, 2021, but was unsuccessful due to Mr. Peters' cellular telephone being disconnected. On this same date, this officer spoke with Mr. Peters' sister via her cellular telephone. She agreed to inform Mr. Peters to contact this officer by 3 p.m.; to which the offender failed to do so.

On July 20, 2021, this officer made a final attempt to make contact with Mr. Peters and left a voice message on his sister's cellular telephone, instructing Mr. Peters to contact this officer immediately. On this same date, the probation office requested defense counsel's assistance in contacting Mr. Peters. However, as of the submission of this report, the offender has failed to make contact with the probation office and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 22, 2021

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian*

Signature of Judicial Officer

7/23/2021
Date