PROB 12C
(6/16)

Report Date: March 11, 2022

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2022

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cody Devon Jerome Peters     Case Number: 0980 1:18CR02057-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 12, 2019

| | |
|---|---|
| Original Offense: | Assault on a Federal Officer, 18 U.S.C. § 111(a) |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Revocation Sentence:<br>(01/26/2022) | Prison - 4 months<br>TSR - 32 months |
| Asst. U.S. Attorney: | Todd Swensen |
| Defense Attorney: | Craig Donald Webster |

Date Supervision Commenced: March 6, 2022

Date Supervision Expires: November 5, 2024

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**:  Mr. Peters is alleged to have violated his conditions of supervised release by failing to report to the United States Probation Office by March 9, 2022, within 72 hours of his release from imprisonment.<br><br>On March 4, 2022, Mr. Peters contacted this officer via telephone from the Yakima County Jail.  On this same date, this officer gave Mr. Peters reporting instructions to report to the U.S. Probation Office on March 7, 2022, to complete an intake appointment and provide him with his substance abuse inpatient treatment bed date for that same week.<br><br>On March 6, 2022, Mr. Peters released from the Yakima County Jail and has failed to report to the U.S. Probation Office within 72 hours of his release. |

Prob12C
Re: Peters, Cody Devon Jerome
March 11, 2022
Page 2

On March 7, 2022, after Mr. Peters failed to report for his scheduled appointment, this officer attempted to make contact with the offender's sister via her cellular telephone; but was unsuccessful. On this same date, this officer left a voice message and sent a text message to Mr. Peters' sister's cellular telephone instructing the offender to make contact with this officer immediately.

On March 8, 2022, this officer spoke with Mr. Peters' sister via her cellular telephone. She agreed to direct Mr. Peters to contact this officer by the end of the day; which he failed to do.

On March 9, 2022, this officer made a final attempt to make contact with Mr. Peters via his sister's cellular telephone, but was unsuccessful. This officer left a voice message directing Mr. Peters to contact this officer by the end of the day, which he failed to do.

On March 10, 2022, this officer requested defense counsel's assistance in contacting Mr. Peters. However, as of the submission of this report, the offender has failed to make contact with the probation office and his whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 11, 2022

s/Araceli Mendoza

Araceli Mendoza
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

3/11/2022
Date