PROB 12C
(6/16)

Report Date: April 28, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: Cody Devon Jerome Peters | | Case Number: 0980 1:18CR02057-SAB-1 | |
| Last Known Address of Offender: | | Wapato, Washington 98951 | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 12, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Assault on a Federal Officer, 18 U.S.C. § 111(a) | | |
| Original Sentence: | Prison - 33 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence:<br>(01/26/2022) | Prison - 4 months<br>TSR - 32 months | | |
| Revocation Sentence:<br>(04/20/2022) | Prison -Credit for time served<br>(22 - days)<br>TSR - 31 months | | |
| Asst. U.S. Attorney: | Todd Swensen | Date Supervision Commenced: April 27, 2022 | |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: November 26, 2024 | |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**:  Mr. Peters is alleged to have violated his supervised release conditions by failing to enter into a substance abuse treatment program at American Behavioral Health Systems (ABHS), as ordered, on April 27, 2022. |

Prob12C
Re: Peters, Cody Devon Jerome
April 28, 2022
Page 2

On April 20, 2022, Mr. Peters appeared before the Court on supervised release revocation hearing. At this hearing, Mr. Peters' supervised release was revoked and he was sentenced to credit for time served (22 days), followed by a 31-month term of supervised release. The Court also ordered Mr. Peters be released from custody on April 27, 2022, to ABHS staff to enter a substance abuse treatment program.

On April 27, 2022, Mr. Peters was released from custody to an ABHS staff member. While still in the lobby of the Yakima County Jail, Mr. Peters fled and did not get into the ABHS van to be transported to the treatment facility.

As of the submission of this report, Mr. Peters whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 28, 2022

s/Jose Zepeda

Jose Zepeda
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

4/28/2022

Date